UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 24-0895 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 7, 2025, the parties have conferred and provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's four FOIA requests to the Department of Health and Human Services ("HHS") and its agency, the Food and Drug Administration ("FDA"). *See* Compl. (ECF No. 1) ¶ 6.

As previously reported, HHS completed its search for records in response to Plaintiff's FOIA request with the tracking number 2024-00373-FOIA-OS. HHS located 1,409 pages of potentially responsive records. HHS has now processed and produced all responsive records.

FDA's Center for Tobacco Products ("CTP") holds the relevant records for the other three FOIA requests at issue. As previously reported, CTP continues to search for records potentially responsive to Plaintiff's FOIA requests with the tracking numbers 2023-10867 and 2023-11455. CTP has completed its search for records in response to Plaintiff's FOIA request with the tracking number 2023-10864. Production is ongoing. The parties have agreed that FDA will review approximately 500 pages of potentially responsive records per month between this case and *Protect the Public's Trust v. U.S. Food and Drug Administration*, Civ. A. No. 24-00216 (D.D.C.)

(CRC). Now that production has begun in this case, when possible, CTP will split that review evenly across the two cases, reviewing approximately 250 pages of potentially responsive records in each case per month, consistent with the parties' July 15, 2024, agreement. *See* Jt. Status Report (ECF No. 7).

The Joint Status Report filed on February 7, 2025 provided information on productions between November 7, 2024 and January 16, 2025. *See* Jt. Status Report (ECF No. 12). On February 25, 2025, after reviewing 514 pages of potentially responsive records, CTP produced 49 pages of responsive records in full, produced 5 pages of responsive records in part, and withheld 460 pages of responsive records in full. On March 21, 2025, after reviewing 505 pages of potentially responsive records, CTP produced 2 pages of responsive records in full, 4 pages of responsive records in part, and withheld 499 pages of responsive records in full. On May 8, 2025, after reviewing 529 pages of potentially responsive records, CTP produced 3 pages of responsive records in full, 2 pages of responsive records in part, and withheld 524 pages of responsive records in full. In total, CTP has reviewed 3,170 pages of potentially responsive records, produced 148 pages of responsive records in full, produced 80 pages of responsive records in part, and withheld 2,941 pages of responsive records in full.

* * *

The parties continue to believe that summary judgment briefing and filing of a *Vaughn* index is premature at this time. In light of the above, the parties propose filing another status report in approximately 90 days, on or before August 11, 2025, to update the Court on the progress of the case.

| | |
|---|---|
| Dated: May 9, 2025 | Respectfully submitted, |
| */s/ Karin Sweigart* <br> Karin Sweigart <br> DHILLON LAW GROUP, INC. <br> 177 Post Street Suite 700 <br> San Francisco, CA 94108 <br> (415) 433-1700 <br> Ksweigart@dhillonlaw.Com <br><br> *Attorney for Plaintiff* | EDWARD R. MARTIN, JR., D.C. Bar #481866 <br> United States Attorney <br><br> By: */s/ Stephanie R. Johnson* <br>     STEPHANIE R. JOHNSON <br>     Assistant United States Attorney <br>     601 D Street, NW <br>     Washington, DC 20530 <br>     (202) 252-7874 <br>     Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for the United States of America* |